U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

SEP 1 0 2014

TONY R. MOORE, CLERK
BY _____
                    DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 6:14-cr-00171-01 |
| | * | 18 U.S.C. § 2261A(2) |
| | * | 18 U.S.C. § 2265A(a) and (b)(1)(B |
| VERSUS | * | 47 U.S.C. § 223(a)(1)(C) |
| | * | 18 U.S.C. §§ 2701(a) and (b)(1)(A) |
| ARTHUR CRAIG WAGLEY | * | |

JUDGE HAIK

**INDICTMENT** MAGISTRATE JUDGE HANNA

THE GRAND JURY CHARGES:

## COUNT 1

### STALKING

18 U.S.C. § 2261A(2)
18 U.S.C. § 2265A(a) and (b)(1)(B)

Beginning on or about July 4, 2011, and continuing until a date unknown to the grand jury, but no later than on or about October 7, 2013, in the Western District of Louisiana and elsewhere, the defendant, ARTHUR CRAIG WAGLEY (hereinafter "ARTHUR WAGLEY"), with intent to injure, harass, intimidate and cause substantive emotional distress to L.W., victim herein, used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any facility of interstate commerce to engage in a course of conduct that caused,

1

attempted to cause, or would be reasonably expected to cause substantial emotional distress to L.W., to wit: on or about October 7, 2013, after a prior domestic violence or stalking charge offense,  ARTHUR WAGLEY sent an email to L.W. with the message "Till .eath," all in violation of Title 18, United States Code, Sections 2261A(2) and 2265A(a) and (b)(1)(B). [18 U.S.C. § 2261A(2), 18 U.S.C. § 2265A(a) and (b)(1)(B)].

## COUNT 2

## TELECOMMUNICATION HARASSMENT

### 47 U.S.C. § 223(a)(1)(C)

On or about the 12th day of October, 2011, in the Western District of Louisiana and elsewhere, the defendant, ARTHUR WAGLEY, in interstate communications knowingly made telephone calls and utilized a telecommunications device without disclosing his identity and with intent to abuse, threaten, and harass any person at the called number who received the communication, to wit:

On this day, the defendant, ARTHUR WAGLEY, called from xxx-xxx-6834 to telephone number 1-888-828-9153, a number associated with TelTech Systems Incorporated, doing business as Spoofcard, routing the call outside of Louisiana and accessing an account with Spoofcard to access a voice changer and hide his number when calling L.W. at telephone number xxx-xxx-2392, in

violation of Title 47, United States Code, Section 223(a)(1)(C). [47 U.S.C. § 223(a)(1)(C)].

## COUNT 3

### TELECOMMUNICATION HARASSMENT

### 47 U.S.C. § 223(a)(1)(C)

On or about the 1st day of November, 2011, in the Western District of Louisiana and elsewhere, the defendant, ARTHUR WAGLEY, in interstate communications knowingly made telephone calls and utilized a telecommunications device without disclosing his identity and with intent to abuse, threaten, and harass any person at the called number who received the communication, to wit:

On this day, the defendant, ARTHUR WAGLEY, called from xxx-xxx-6834 to telephone number 1-888-828-9153, a number associated with TelTech Systems Incorporated, doing business as Spoofcard, routing the call outside of Louisiana and accessing an account with Spoofcard to access a voice changer and hide his number when calling L.W. at telephone number xxx-xxx-2392, in violation of Title 47, United States Code, Section 223(a)(1)(C). [47 U.S.C. § 223(a)(1)(C)].

## COUNT 4

<u>TELECOMMUNICATION HARASSMENT</u>

47 U.S.C. § 223(a)(1)(C)

On or about the 1st day of December, 2011, in the Western District of Louisiana and elsewhere, the defendant, ARTHUR WAGLEY, in interstate communications knowingly made telephone calls and utilized a telecommunications device without disclosing his identity and with intent to abuse, threaten, and harass any person at the called number who received the communication, to wit:

On this day, the defendant, ARTHUR WAGLEY, called from xxx-xxx-6834 to telephone number 1-888-828-9153, a number associated with TelTech Systems Incorporated, doing business as Spoofcard, routing the call outside of Louisiana and accessing an account with Spoofcard to access a voice changer and hide his number when calling L.W. at telephone number xxx-xxx-2392, in violation of Title 47, United States Code, Section 223(a)(1)(C). [47 U.S.C. § 223(a)(1)(C)].

## COUNT 5

### TELECOMMUNICATION HARASSMENT

### 47 U.S.C. § 223(a)(1)(C)

On or about the 6th day of December, 2011, in the Western District of Louisiana and elsewhere, the defendant, ARTHUR WAGLEY, in interstate communications knowingly made telephone calls and utilized a telecommunications device without disclosing his identity and with intent to abuse, threaten, and harass any person at the called number who received the communication, to wit:

On this day, the defendant, ARTHUR WAGLEY, called from xxx-xxx-6834 to telephone number 1-888-828-9153, a number associated with TelTech Systems Incorporated, doing business as Spoofcard, routing the call outside of Louisiana and accessing an account with Spoofcard to access a voice changer and hide his number when calling L.W. at telephone number xxx-xxx-2392, in violation of Title 47, United States Code, Section 223(a)(1)(C). [47 U.S.C. § 223(a)(1)(C)].

## COUNT 6

### TELECOMMUNICATION HARASSMENT

### 47 U.S.C. § 223(a)(1)(C)

On or about the 2nd day of February, 2012, in the Western District of Louisiana and elsewhere, the defendant, ARTHUR WAGLEY, in interstate

communications knowingly made telephone calls and utilized a telecommunications device without disclosing his identity and with intent to abuse, threaten, and harass any person at the called number who received the communication, to wit:

On this day, the defendant, ARTHUR WAGLEY, called from xxx-xxx-6834 to telephone number 1-888-828-9153, a number associated with TelTech Systems Incorporated, doing business as Spoofcard, routing the call outside of Louisiana and accessing an account with Spoofcard to access a voice changer and hide his number when calling L.W. at telephone number xxx-xxx-2148, in violation of Title 47, United States Code, Section 223(a)(1)(C). [47 U.S.C. § 223(a)(1)(C)].

## COUNT 7

### UNLAWFUL ACCESS TO STORED COMMUNICATIONS
### 18 U.S.C. §§ 2701(a) and (b)(1)(A)

On or about the 12th day of October, 2011, in the Western District of Louisiana and elsewhere, the defendant, ARTHUR WAGLEY, in furtherance of any criminal act in violation of the Constitution or laws of the United States or any State, intentionally accessed and exceeded an authorization to access a facility through which electronic communication services are provided, and obtained, altered or prevented authorized access to a wire or

electronic communication while it is in electronic storage in such system, to wit:

On this day the defendant, ARTHUR WAGLEY, accessed victim T.B.'s voicemail message associated with cellular telephone number xxx-xxx-5615, serviced by AT&T, all in violation of Title 18, United States Code, Section 2701(a) and (b)(1)(A). [18 U.S.C. § 2701(a) and (b)(1)(A)].

## COUNT 8

### UNLAWFUL ACCESS TO STORED COMMUNICATIONS

### 18 U.S.C. §§ 2701(a) and (b)(1)(A)

On or about the 20th day of November, 2011, in the Western District of Louisiana and elsewhere, the defendant, ARTHUR WAGLEY, in furtherance of any criminal act in violation of the Constitution or laws of the United States or any State, intentionally accessed and exceeded an authorization to access a facility through which electronic communication services are provided, and obtained, altered or prevented authorized access to a wire or electronic communication while it is in electronic storage in such system, to wit:

On this day the defendant, ARTHUR WAGLEY, accessed victim L.W.'s voicemail message associated with cellular telephone number xxx-xxx-2148,

serviced by AT&T, in violation of Title 18, United States Code, Section 2701(a) and (b)(1)(A). [18 U.S.C. § 2701(a) and (b)(1)(A)].

## COUNT 9

### UNLAWFUL ACCESS TO STORED COMMUNICATIONS

18 U.S.C. §§ 2701(a) and (b)(1)(A)

On or about the 23rd day of November, 2011, in the Western District of Louisiana and elsewhere, the defendant, ARTHUR WAGLEY, in furtherance of any criminal act in violation of the Constitution or laws of the United States or any State, intentionally accessed and exceeded an authorization to access a facility through which electronic communication services are provided, and obtained, altered or prevented authorized access to a wire or electronic communication while it is in electronic storage in such system, to wit:

On this day the defendant, ARTHUR WAGLEY, accessed victim T.B.'s voicemail message associated with cellular telephone number xxx-xxx-5615, serviced by AT&T, in violation of Title 18, United States Code, Section 2701(a) and (b)(1)(A). [18 U.S.C. § 2701(a) and (b)(1)(A)].

## COUNT 10

UNLAWFUL ACCESS TO STORED COMMUNICATIONS

18 U.S.C. §§ 2701(a) and (b)(1)(A)

On or about the 4th day of December, 2011, in the Western District of Louisiana and elsewhere, the defendant, ARTHUR WAGLEY, in furtherance of any criminal act in violation of the Constitution or laws of the United States or any State, intentionally accessed and exceeded an authorization to access a facility through which electronic communication services are provided, and obtained, altered or prevented authorized access to a wire or electronic communication while it is in electronic storage in such system, to wit:

On this day the defendant, ARTHUR WAGLEY, accessed victim T.B.'s voicemail message associated with cellular telephone number xxx-xxx-5615, serviced by AT&T, in violation of Title 18, United States Code, Section 2701(a) and (b)(1)(A). [18 U.S.C. § 2701(a) and (b)(1)(A)].

## COUNT 11

UNLAWFUL ACCESS TO STORED COMMUNICATIONS

18 U.S.C. §§ 2701(a) and (b)(1)(A)

On or about the 8th day of December, 2011, in the Western District of Louisiana and elsewhere, the defendant, ARTHUR WAGLEY, in furtherance

9

of any criminal act in violation of the Constitution or laws of the United States or any State, intentionally accessed and exceeded an authorization to access a facility through which electronic communication services are provided, and obtained, altered or prevented authorized access to a wire or electronic communication while it is in electronic storage in such system, to wit:

On this day the defendant, ARTHUR WAGLEY, accessed victim L.W.'s voicemail message associated with cellular telephone number xxx-xxx-2392, serviced by AT&T, in violation of Title 18, United States Code, Section 2701(a) and (b)(1)(A). [18 U.S.C. § 2701(a) and (b)(1)(A)].

A TRUE BILL:

FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
United States Attorney

MYERS P. NAMIE, ID: 29359
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: 337-262-6618